ORIGINAL

IN THE SUPREME COURT OF THE STATE OF MONTANA

FILED
02/24/2022
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 22-0001

PR 22-0001

FILED

FEB 24 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

PETER GRIGG,

    Plaintiff,

vs.

KATHERINE HAUPTMAN,
d/b/a EAGLE AMBULANCE,

    Defendant.

O R D E R

Peter Grigg has requested to disqualify the Honorable Jennifer B. Lint from presiding in Cause No. DV-2021-07 in the Fifth Judicial District Court, Jefferson County.

Grigg has filed a motion asserting that Judge Lint has a conflict of interest in a different case. Section 3-1-805(1), MCA, requires that a party seeking to disqualify a judge must file an affidavit alleging facts showing personal bias or prejudice of that judge. Grigg has not done so in this case, but rather asserted that an affidavit was "filed on record with Lincoln & Ravalli County & Montana Supreme Court." We have been unable to identify the document to which Grigg is referring, and we cannot discern how, under the criteria set forth in § 3-1-805, MCA, an affidavit filed in another court regarding a different matter could suffice.

IT IS THEREFORE ORDERED that the motion to disqualify Judge Lint is VOID and thereby DENIED.

The Clerk is directed to provide copies of this Order to the Clerk of the District Court of Jefferson County for notification to all parties in Cause No. DV-2021-07, and to the Honorable Jennifer B. Lint.

DATED this 23rd day of February, 2022.

_____
Chief Justice